HIGHWAY COMMISSION v. LUKAZCEK

EMINENT DOMAIN—MINERALS—BORROW—MEASURE OF DAMAGE.
The measure of damages in condemnation of minerals for bor-
row purposes is the value of minerals in place plus damages
to the remainder, and not the difference in value of the land
before and after the taking.

Appeal from Branch, Mark S. Andrews, J. Sub-
mitted Division 3 March 7, 1969, at Grand Rapids.
(Docket No. 3,664.) Decided March 27, 1969.

Complaint by Michigan State Highway Commis-
sion against Andrew Lukazcek and Adah M. Luka-
zcek and others for condemnation of private prop-
erty for highway purposes. From a judgment
confirming the report of the commissioners defend-
ants Lukazcek appeal. Reversed and remanded
for new trial.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, and *William H.
Schwan,* Assistant Attorney General, for plaintiff.

*Wilcox & Robison,* for defendants.

BEFORE: QUINN, P. J., and HOLBROOK and T.
M. BURNS, JJ.

PER CURIAM. At the hearing to determine dam-
ages in this condemnation proceeding filed under

REFERENCE FOR POINTS IN HEADNOTE
27 Am Jur 2d, Eminent Domain § 290.

CL 1948, § 213.171 (Stat Ann 1958 Rev § 8.171), the trial court instructed the jury on the before-and-after test and on value of minerals taken plus damages to the remainder.

This trial occurred before the Supreme Court affirmed *State Highway Commission* v. *Hahn* (1966), 4 Mich App 225, in 380 Mich 115. It is established that the measure of damages in condemnation for borrow purpose is the value of minerals in place plus damages to the remainder.

Reversed and remanded for new trial but without costs.